# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| MIGUEL ANTONIO AVILA RAMIREZ, | : | Case No. 1:26-cv-254 |
| Petitioner, | : | |
| vs. | : | District Judge Jeffery P. Hopkins |
| | : | Magistrate Judge Kimberly A. Jolson |
| PAMELA BONDI, ATTORNEY GENERAL, *et al.*, | : | |
| Respondents. | : | |

# ORDER

Petitioner, Miguel Antonio Avila Ramirez, a detainee at the Butler County Jail, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than March 25, 2026.

**IT IS SO ORDERED.**

Date: March 16, 2026         /s/Kimberly A. Jolson
                             KIMBERLY A. JOLSON
                             UNITED STATES MAGISTRATE JUDGE